# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FITNESS QUEST INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 12-12488 (BLS)<br><br>**Objection Deadline: May 24, 2017 at 4:00 p.m. (ET)**<br>**Hearing Date: May 31, 2017 at 9:15 a.m. (ET)** |
| In re:<br><br>FITNESS HOLDINGS, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 12-12489 (BLS)<br><br>**Objection Deadline: May 24, 2017 at 4:00 p.m. (ET)**<br>**Hearing Date: May 31, 2017 at 9:15 a.m. (ET)** |

## APPLICATION TO PAY UNCLAIMED FUNDS INTO THE COURT

Fitness Quest Inc. ("**Fitness Quest**") and Fitness Holdings, Inc. ("**Fitness Holdings,**" together, the "**Debtors**") hereby submit this *Application to Pay Unclaimed Funds into the Court* (the "**Application**") and respectfully represent as follows:

1. On August 31, 2012 (the "**Petition Date**"), Fitness Quest and Fitness Holdings each filed voluntary petitions for relief under chapter 7 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. On September 4, 2012, Charles M. Forman was appointed as the chapter 7 trustee (the "**Trustee**") to oversee the estates of Fitness Quest and Fitness Holdings (the "**Chapter 7 Cases**").

3. On June 18, 2013, the Trustee filed a *Notice of Change from No-Asset to Asset and Request to the Clerk to Fix Bar Date and to File Claims Against the Estate* in each of the Chapter 7 Cases [Docket Nos. 27 and 9].

4. On May 13, 2014, the Trustee filed the *Chapter 7 Trustee's Report of No Distribution* [Docket No. 13] in the chapter 7 case of Fitness Holdings.

5. On June 2, 2014, the Trustee filed the *Chapter 7 Trustee's Report of No Distribution* [Docket No. 36] in the chapter 7 case of Fitness Quest.

6. Thereafter, on June 4, 2014, the Trustee filed the *Notice of Change from Asset to No-Asset* in each of the Chapter 7 Cases [Docket Nos. 37 and 14].

7. On June 19, 2014, the Court entered the *Order Approving Trustee's Report of No Distribution and Closing Case* [Docket No. 16] in the chapter 7 case of Fitness Holdings.

8. On July 10, 2014, the Court entered the *Order Approving Trustee's Report of No Distribution and Abandonment Listed Thereon and Closing Case* [Docket No. 39] in the chapter 7 case of Fitness Quest.

9. After the closure of the Chapter 7 Cases, the undersigned counsel for the Debtors identified pre-petition retainer funds in the amount of $7,939.17 (the "**Unclaimed Funds**"). On January 13, 2015, the Unclaimed Funds were mailed to the Trustee *via* check, which check was never cashed nor returned as undeliverable. On April 27, 2017, a "stop payment request" was issued on Check No. 1010.

*WHEREFORE*, the Debtors respectfully request the Court's permission to allow the Unclaimed Funds in the amount of $7,939.17 to be paid to the Court's Registry.

Dated: May 4, 2017
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0193
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com

*Counsel to Fitness Quest Inc. and Fitness Quest Holdings, Inc.*