# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| FITNESS QUEST INC., | Case No. 12-12488 (BLS) |
| Debtor. | **Related Docket No(s). 41 and 43** |
| In re: | Chapter 7 |
| FITNESS HOLDINGS, INC., | Case No. 12-12489 (BLS) |
| Debtor. | **Related Docket No(s). 19 and 21** |

## ORDER TO PAY UNCLAIMED FUNDS INTO THE COURT

Upon the *Application to Pay Unclaimed Funds into the Court* (the "**Application**")[1] filed by Fitness Quest Inc. and Fitness Holdings, Inc. (the "**Debtors**"); and it appearing that the notice of the Application provided is appropriate and sufficient under the circumstances and that no other or further notice need be given; and it appearing that the relief requested is in the best interests of the Debtors and their creditors and other parties-in-interest; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT**

1. The Unclaimed Funds, as defined in the Application, in the amount of $7,939.17 shall be paid to the Clerk of the United States Bankruptcy Court for the District of Delaware.

Dated: May 30, 2017
Wilmington, Delaware

Honorable Brendan L. Shannon, Chief Judge
United States Bankruptcy Court

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to it in the Application.